■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY MARUGGI, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY MARUGGI, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT MARUGGI, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY MARUGGI and ALBERT MARUGGI, Appellants.— Judgments of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Steuer, JJ.

■ ANNE NARDONE, Respondent, v. ANTHONY NARDONE, Appellant.— Order entered on November 17, 1960 unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Steuer, JJ.

■ In the Matter of JEROME F. P. TOBIN, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent.— Order entered on June 22, 1961 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Steuer, JJ.

■ RICHARD LIEB, as Successor Trustee in Bankruptcy of Aron Spira Co., Inc., Respondent, v. JOHN K. D. CLELLAND, Appellant.— Order entered on February 24, 1961 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ BARBARA A. AMODIO, an Infant, by MICHAEL J. AMODIO, Her Guardian ad Litem, et al., Appellants, v. NEW YORK CITY HOUSING AUTHORITY, Respondent, et al., Defendant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ ALLEN S. ESSMAN et al., Individually and as Executors of NORMAN ESSMAN, Deceased, Respondents, v. METAL FINDINGS CORPORATION, Appellant. — Order and judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ 14 SECOND AVENUE REALTY CORP., Appellant, v. ANNE STEVEN CORP., Respondent.— Order and judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK BROWN, Appellant.— Order entered on February 3, 1959 unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ (A) STANLEY ROSSWIG v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ. (B) J. I. HASS CO., INC., v. FRED J. BROTHERTON, INC. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ. (C) 219 EAST 69TH CORP. v. THOMAS CRIMMINS CONTRACTING COMPANY, INC. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.— [In each action] Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs.

■ JOSEPH AMITRANO et al. v. CITY OF NEW YORK et al.— Motion for leave to reargue denied, with $10 costs. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ JAMES TALCOTT, INC., v. WINCO SALES CORPORATION.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.